```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 36631
   JUDITH C BIONDO
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3320

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/11/2005 and was confirmed 11/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  12.00%.

      The case was paid in full 11/10/2008.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------
  CAPITAL ONE                UNSECURED          821.34             .00         98.56
  CAPTAL ONE                 NOTICE ONLY     NOT FILED             .00           .00
  ELMHURST MEMORIAL HOSPIT   UNSECURED      NOT FILED             .00           .00
  ELMHURST MEMORIAL HOSPIT   NOTICE ONLY    NOT FILED             .00           .00
  LEYDEN CREDIT UNION        UNSECURED         5187.59             .00        622.51
  NORTHWEST COLLECTORS       NOTICE ONLY    NOT FILED             .00           .00
  RESURGENT CAPITAL SERVIC   UNSECURED         4107.42             .00        492.89
  SEARS                      NOTICE ONLY    NOT FILED             .00           .00
  RICHARD E SEXNER           DEBTOR ATTY      1,629.00                       1,629.00
  TOM VAUGHN                 TRUSTEE                                           186.01
  DEBTOR REFUND              REFUND                                            163.03

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE                  3,192.00

  PRIORITY                                               .00
  SECURED                                                .00
  UNSECURED                                         1,213.96
  ADMINISTRATIVE                                    1,629.00
  TRUSTEE COMPENSATION                                186.01
  DEBTOR REFUND                                       163.03
                          ---------------     ---------------
  TOTALS                   3,192.00                 3,192.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36631 JUDITH C BIONDO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 36631 JUDITH C BIONDO